| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nicholas Colachis<br>8896 Lookout Mountain Ave<br>Los Angeles, Ca 90046<br><br>310-570-6425 cell<br>323-654-6504 fax<br><br><br>☒ *Respondent appearing without attorney*<br>☐ *Attorney for Respondent*: | **FILED**<br>SEP 1 8 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br><br>Nicholas Colachis<br><br>Debtor,<br><br>David Goodrich, Trustee<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-18534-NB<br>CHAPTER: 7 |
|---|---|
| | **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** |
| | DATE: 10/02/2018<br>TIME: 10:00 AM<br>COURTROOM: 1545<br>PLACE: 225 E Temple, Los Angeles, Ca 90012 |

**Movant:** US Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

**Respondent:**  ☒ Debtor  ☐ trustee  ☐ other:

> NOTE REGARDING FILING AND SERVICE OF RESPONSE, EXHIBITS AND DECLARATIONS:
>
> A copy of the Response, exhibit(s) and declaration(s) must be served upon:
>
> (1) Movant's attorney (or Movant, if Movant does not have an attorney);
> (2) the trustee; and
> (3) the judge who presides over this bankruptcy case.
>
> Then the document must be filed with the court.

1. ☐ **NONOPPOSITION**
The Respondent does not oppose the granting of the Motion.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                          Page 1                          **F 4001-1.RFS.RESPONSE**

2. ☐ **LIMITED OPPOSITION**

a. ☐ Respondent opposes the Motion only to the extent that it seeks immediate relief from stay.  Respondent requests that no lock out, foreclosure, or repossession take place before (*date*): _____ and the reason for this request is (*specify*):

b. ☐ As set forth in the attached declaration of the Respondent or the Debtor, the motion is opposed only to the extent that it seeks a specific finding that the Debtor was involved in a scheme to hinder, delay or defraud creditors.

The Debtor:
(1) ☐ has no knowledge of the Property.
(2) ☐ has no interest in the Property.
(3) ☐ has no actual possession of the Property.
(4) ☐ was not involved in the transfer of the Property.

c. ☐ Respondent opposes the Motion and will request a continuance of the hearing since there is an application for a loan modification under consideration at this time.  Evidence of a pending loan modification is attached as Exhibit _____.

3. ☒ **OPPOSITION:**  The Respondent opposes granting of the Motion for the reasons set forth below.

a. ☒ The Motion was not properly served (*specify*):

(1) ☒ Not all of the required parties were served.
(2) ☐ There was insufficient notice of the hearing.
(3) ☐ An incorrect address for service of the Motion was used for (*specify*):

Sam Colachis, Jr, JimColachis, LMP, and Anthony Nottoli

b. ☒ Respondent disputes the allegations/evidence contained in the Motion and contends as follows:

(1) ☐ The value of the Property is $ _____, based upon (*specify*):

(2) ☐ Total amount of debt (loans) on the Property is $ _____.

(3) ☐ More payments have been made to Movant than the Motion accounts for.  True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

(4) ☐ There is a loan modification agreement in effect that lowered the amount of the monthly payments.  A true and correct copy of the loan modification agreement is attached as Exhibit _____.

(5) ☐ The Property is necessary for an effective reorganization.  Respondent filed or intends to file a plan of reorganization that requires use of the Property.  A true and correct copy of the plan is attached as Exhibit _____.

(6) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments are current.  A true and correct copy of the chapter 13 plan is attached as Exhibit _____ and proof that the plan payments are current through the chapter 13 trustee is attached as Exhibit _____.

(7) ☐ The Property is insured.  Evidence of current insurance is attached as Exhibit _____.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                        Page 2                                F 4001-1.RFS.RESPONSE

(8) ☐ Movant's description of the status of the unlawful detainer proceeding is not accurate.

(9) ☒ Respondent denies that this bankruptcy case was filed in bad faith.

(10) ☐ The Debtor will be prejudiced if the Nonbankruptcy Action is allowed to continue the nonbankruptcy forum.

(11) ☒ Other (specify):
Movant and Caliber, and agents have Prior knowledge that all Bankruptcy's involving Pacifica Group, 49/II were not related to Nick Colachis. DOJ (Department of Justice) confirmed that he was a victim and the parties were arrested and sentence to prison. This Motion for Relief is in bad faith and knowingly lying to Court to prejudice Debtor.

c. ☐ Respondent asserts the following as shown in the declaration(s) filed with this Response:

(1) ☐ The bankruptcy case was converted from chapter ____ to chapter ____.

(2) ☐ All postpetition arrearages will be cured by the hearing date on this motion.

(3) ☐ The Property is fully provided for in the chapter 13 plan and all postpetition plan payments ☐ are current, or ☐ will be cured by the hearing date on this motion.

(4) ☒ The Debtor has equity in the Property in the amount of $ 800,000 .

(5) ☒ Movant has an equity cushion of $ 900,000 or _____% which is sufficient to provide adequate protection.

(6) ☐ The Property is necessary for an effective reorganization because (specify):

(7) ☒ The motion should be denied because (specify):

Movant knowingly lied the Court to get Relief of Stay, adequate Equity Cushion, and, bad faith prejudice of Debtor.

(8) ☐ An optional memorandum of points and authorities is attached in support of this Response.

## 4. EVIDENCE TO AUTHENTICATE EXHIBITS AND TO SUPPORT FACTS INSERTED IN THE RESPONSE:

Attached are the following documents in support of this Response:

☒ Declaration by the Debtor                    ☐ Declaration by the Debtor's attorney
☐ Declaration by trustee                        ☐ Declaration by trustee's attorney
☐ Declaration by appraiser                      ☒ Other (specify): Exhibits from DOJ,

Date: 09/18/2018

_____
Printed name of law firm for Respondent (if applicable)

Nick A Colachis

_____
Printed name of individual Respondent or attorney for Respondent

_____
Signature of individual Respondent or attorney for Respondent

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8896 Lookout Mountain Ave, Los Angeles, CA 90046

A true and correct copy of the foregoing document entitled: **RESPONSE TO MOTION REGARDING THE AUTOMATIC STAY AND DECLARATION(S) IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Judge Neil W Bason (delivered to room 1545)
David M. Goodrich, Trustee (Fed Ex Overnight)
US Bank, McCarthy & Holthus (via Fax 619-685-4810)
US BK Court (Filed on 1st floor)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/1**18**/2018 | Nicholas Colachis | *signature* |
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## DECLARATION OF RESPONDENT NICK COLACHIS IN OPPOSITION OF MOVANT'S MOTION FOR RELIEF OF STAY

I, NICK COLACHIS, declare:

1. I am the RESPONDENT/DEBTOR in this action. I am over the age of eighteen, and I have personal knowledge of the facts contained in this declaration. If called as a witness, I could and would testify competently to the factual matters stated in this Declaration.

2. On July 25, 2018, I filed Chapter 7. On September 7, 2018, I received a Motion for Relief of Stay (MFRS) from Caliber/US Bank's law firm of McCarthy & Holthus, LLP.

3. In the MFRS, Movant states that in 4. (a) the Bankruptcy was filed in bad faith. This is not true. I filed in good Faith. They allege over 20 Bankruptcy with Pacifica Group 49/II have been filed by me. I filed two prior Bankruptcy's that were both in good faith. One on August 8, 2008 and one on August 25, 2017. The parties are aware of this but wish to misrepresent to the court and prejudice me as 'bad faith" when it is they who are in 'Bad Faith".

4. Because Pacifica Group 49/II was perpetrating a fraud against me, on February 24, 2016, I filed a Quite Title Action with Exhibits to remove Pacifica Group 49/II from my title for fraud. Among the defendants to that action were Chase Bank, and later Caliber intervened into the case despite they had no interest in my property, Caliber and the lawyers for Caliber/US Bank were listed in the lawsuit and they KNOW this. Counsel for the Movant was on notice that Pacifica Group 49/II and I were adversaries, not co-conspirators,

and that <u>I was suing them for trying to steal my property</u> through bad faith frivolous and

fraudulent bankruptcy petitions.

5. **Most important, Pacifica Group 49/II owners were sentence to prison by the Department of Justice and I was a Victim**.  (Please see Exhibit A of this Declaration).

Chase Bank, Caliber, and the lawyers for Caliber US Bank all have knowledge of this, yet

they choose to slander me with continued misrepresentation, and blame me for wasting the

courts time and abusing the bankruptcy laws; if anyone is abusing the law it is Chase,

Caliber, US Bank and their attorneys. A reasonable person would conclude that the evidence

shows that their motion is a bad faith action designed to vex, harass, and disgrace me while

misleading the court.  They should be sanctioned, and all request for relief should be denied.


6.  US Bank/Caliber's interest, <u>if any</u>, (See Exhibit B) in my property at 8896

Lookout Mountain Ave is protected by an adequate equity cushion (3.(1)a.).  <u>My home has been published</u> in Dream Homes of Los Angeles: An Exclusive Showcase of the Finest

Architects in Los Angeles.  My home is an Architectural home.  It is one of a kind.  My

home is amazing, <u>I spent three years building it</u>, and I don't want to lose it.  My family and I

have over $800,000 invested in my home.  There is an adequate equity cushion.  Please don't

allow the MFRS to be granted.  My home is Valued at more than $3,300,000.

8.  Debtor objects to the Additional Provision requested by Movant.

9.  In conclusion, the MFRS should be denied in its entirety, and opposing cancel

should be sanctioned for their misconduct and lies.

I declare under penalty of perjury under the laws of the State of California that the

DECLARATION OF RESPONDENT NICK COLACHIS IN OPPOSITION OF MOVANT'S MOTION
FOR RELIEF OF STAY

foregoing is true and correct.

Dated: September 18, 2018

NICHOLAS COLACHIS

# Exhibit A



**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

*Benjamin B. Wagner*
*United States Attorney*

| | |
|---|---|
| 501 I Street, Suite 10-100 | Phone  916/554-2700 |
| Sacramento, CA 95814 | Fax    916/554-2900 |
| | TTD   916/554-2855 |

September 29, 2014

Re:    United States v. Jewel L. Hinkles, et al.,
        2:11-CR-504 WBS

Dear Sir or Madam:

    This letter is to inform you that Jewel Hinkles, aka Cydney Sanchez; Jesse Wheeler; Brent Medearis; and Cynthia Corn (the "Defendants") have all been convicted of federal felonies associated with their fraud in selling mortgage modification services to victims. As part of their mortgage modification scheme, the Defendants, including Cydney Sanchez, would often have their victims transfer for no consideration part of the ownership of their homes into trusts and fictitious entity names, such as Pacifica Group 49/11 and/or the (address of victim's property) Trust. Ms. Sanchez was generally the trustee for such trusts and she also controlled Pacifica Group 49/11. The Defendants have admitted that such transfers were part of their fraud scheme and the transfers were procured through fraud.

Very truly yours,

BENJAMIN B. WAGNER
United States Attorney

By:  LEE BICKLEY
Assistant U.S. Attorney



UNITED STATES DEPARTMENT *of* JUSTICE

THE UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT *of* CALIFORNIA

SEARCH THE SITE

Search

HOME    ABOUT US    NEWS    CAREERS    VICTIM INFORMATION    PROGRAMS    EN ESPAÑOL

Justice » News » Press Release

NEWS

UNITED STATES ATTORNEYS' OFFICES
HOMEPAGE

UNITED STATES ATTORNEYS' OFFICES
BRIEFING ROOM

STAY CONNECTED

Community Outreach

### United States Attorney Benjamin B. Wagner
### Eastern District Of California

## Los Angeles Woman Pleads Guilty To Foreclosure Rescue Scheme

**FOR IMMEDIATE RELEASE**                                        Monday July 8, 2013

Docket #:2:11-cr-504 WBS

SACRAMENTO, Calif. — Jewel Hinkles, aka Cydney Sanchez, 63, of Los Angeles, pleaded guilty today to bankruptcy fraud in connection with a foreclosure rescue scheme she ran, United States Attorney Benjamin B. Wagner announced.

According to court documents, on December 1, 2011, a federal grand jury indicted Hinkles along with Jesse Wheeler, 36, of Roseville, Cynthia Corn, 60, of Oakland, and Brent Medaris, 46, of Modesto, in connection with the scheme. Wheeler operated JW Financial Solutions in Roseville and Corn operated Property Relief in South San Francisco, both as affiliates of programs created by Hinkles. Medaris worked out of Modesto for Corn. Wheeler and Medaris previously pled guilty to bankruptcy fraud.

According to court documents, Hinkles was the founder and general manager of Horizon Property Holdings LLC, in Beverly Hills. From 2008 through 2010, Hinkles offered a service called the "Save My Home" or "Homesaver" that promised to rescue financially distressed homeowners from foreclosure and reduce the principal on homeowners' mortgages. Horizon offered its program directly to clients and also through several layers of "affiliates," who promoted and sold the program to clients, mostly in Northern California.

The defendants allegedly told homeowners that they would save their residences from foreclosure by arranging for investors to purchase their existing mortgage at a discounted price, thereby reducing the homeowner's principal and monthly mortgage payment. To prevent foreclosure and defraud the existing lenders, the defendants filed fraudulent deeds transferring an interest in the homeowner's property to a fictitious entity called Pacifica Group 49/II. In many instances, the defendants also filed fraudulent petitions in bankruptcy court, often naming both the homeowner and Pacifica Group 49/II as the debtor. The purpose of these petitions was to invoke the automatic provisions of federal bankruptcy law that bring to an immediate halt any foreclosure actions against a debtor's property.

Because the fraudulent deeds and bankruptcy petitions delayed foreclosure proceedings, the defendants were able to pretend that they were providing a legitimate service and continue to collect fees from defrauded homeowners. To enroll in the Save My Home program, clients were required to pay an initial payment of approximately $3,500 and monthly fees up to $1,500. The Homesaver program required clients to pay an initial payment ranging from $1,750 to $6,500 and monthly fees up to $850. In total, the scheme collected at least $4.9 million from more than 1,000 homeowners, including homeowners whose mortgages were owned by the Federal National Mortgage Association (Fannie Mae) and the Federal Home Loan Mortgage Corporation (Freddie Mac).

According to the indictment, the defendants never arranged for the purchase of a single mortgage from any of the clients' lenders and never negotiated a single mortgage principal reduction for any of Horizon's clients.

This case is the product of an investigation by the United States Postal Inspection Service; the Federal





STOPFRAUD.gov





Bullying

Housing Finance Agency, Office of Inspector General; the Federal Bureau of Investigation; and the Stanislaus County District Attorney's Office. Assistant United States Attorneys Steven R. Lapham and Lee S. Bickley are prosecuting the case.

Hinkles is scheduled for sentencing September 30, 2013, and faces a maximum statutory penalty of five years in prison for bankruptcy fraud and a $250,000 fine. The actual sentence, however, will be determined at the discretion of the court after consideration of any applicable statutory factors and the Federal Sentencing Guidelines, which take into account a number of variables.

Corn is scheduled for trial on August 6, 2013. The charges against her are only allegations; she is presumed innocent until and unless proven guilty beyond a reasonable doubt.

#### 

VWA
VICTIM
WITNESS
ASSISTANCE

Return to Top

EASTERN DISTRICT of CALIFORNIA
501 I Street, Suite 10-100 Sacramento CA 95814

JUSTICE.GOV/USAO

HOME         ABOUT              NEWS            CAREERS         PROGRAMS        CONTACT US          Site Map          Justice.gov
                                                                                                                     USA.gov
En Espanol   Meet The U.S.      News                            Outreach        Telephone          Accessibility
             Attorney           Report to District              Hate Crimes Task Mail               FOIA
             District                                           Forces          Webmaster          Privacy Policy
             Sacramento Office                                  LECC                                Legal Policies &
             Fresno Office                                      PSC                                 Disclaimers
             Divisions                                          More Programs
             Our Office
             Contact Us

# Exhibit B

# Your refund check is enclosed

Congratulations on paying off your loan! Enclosed is a refund check for money that remained in your escrow (impound) account and/or any overpayment. You can now cash or deposit it.

**Please keep in mind that:**

- You're now responsible for paying your insurance and property taxes.
- We won't make those payments any longer because your escrow account is closed.

Home lending products offered by JPMorgan Chase Bank, N.A.
©2014 JPMorgan Chase & Co.    22198E1710

## CHASE

ESCK14

Special benefits for Chase checking customers! Take advantage of exclusive offers on many Chase products. To learn more visit chase.com/exclusives or talk to a banker today!

My Transaction Summary

*********************************************

$23.34

1-800-935-9935

Purchase Date 08/11/2014

Karina



JPMorgan Chase Bank, N.A.
Sunset and Orange Grove
CA2-4051
7833 W Sunset Blvd
Los Angeles, CA  90046