DAVID M. GOODRICH, TRUSTEE
650  Town Center Drive, Suite 600
Costa Mesa, CA 92626
Tel:    (714) 966-1000

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>　NICHOLAS COLACHIS<br><br><br><br><br><br>　　　　　Debtor(s) | Case No.: 2:18-bk-18534-NB<br>Chapter: 7<br><br>**NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(A)]** |

COUNSEL:   PROPER Z
TO THE ABOVE NAMED DEBTOR(S):

　　　You are hereby notified that the Meeting of Creditors pursuant to the Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 12/26/2018 at 11:00 AM in Room 2, U.S TRUSTEE' OFFICE, 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017 for the reason set forth below:

☐　　(1) You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, your case may be dismissed.

☐　　(2) Other: Case continued for review by the trustee.  Appearance is not required at the continued meeting.

　Dated: <u>November 12, 2018</u>

/S/ DAVID M. GOODRICH
_____
DAVID M. GOODRICH

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on November 12, 2018.

/s/ Lorraine Robles
_____
Lorraine Robles